# United States District Court

Eastern ——— DISTRICT OF ——— Massachusetts

Daniel S. King

**SUMMONS IN A CIVIL ACTION**

v.

Commonwealth of Massachusetts
Dept. of State Police and
Lt. Thomas E. Curren, Individually

CASE NUMBER: 04 11438 RGS

**TO:** (Name and Address of Defendant)

Commonwealth of Massachusetts Deptartment of State Police
470 Worcester Road
Framingham MA   01742

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Joseph R. Gallitano, Esq.
34 Main St. Ext., Suite 202
Plymouth MA   02360
(508) 746-1500

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS                                                    JUN 23 2004

CLERK                                                            DATE

TONY ANASTAS

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

July 1, 2004

I hereby certify and return that on 6/30/2004 at 12:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to ENA CORKRAN, agent, person in charge at the time of service for MASS STATE POLICE, at THOMAS CURREN, 470 WORCESTER Road, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

*Murray Zuk*
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          Signature of Server

                                        _____
                                            Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.