# United States District Court

Eastern _____ DISTRICT OF Massachusetts

RECEIVED
Clerk's Office
USDC, Mass.
Date 7-19-04
By _Cmg_
Deputy Clerk

Daniel S. King

**SUMMONS IN A CIVIL ACTION**

V.

Commonwealth of Massachusetts
Dept. of State Police and
Lt. Thomas E. Curren, Individually

CASE NUMBER:

04 11438 RGS

TO: (Name and Address of Defendant)

Lt. Thomas E. Curren, Individually
Commonwealth of Massachusetts Department of State Police
470 Worcester Road
Framingham MA   01742

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph R. Gallitano, Esq.
34 Main St. Ext., Suite 202
Plymouth MA   02360
(508) 746-1500

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS

CLERK

BY DEPUTY CLERK

DATE  JUN 23 20

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

DATE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

July 1, 2004

I hereby certify and return that on 6/30/2004 at 12:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to ENA CORKRAN, agent, person in charge at the time of service for LT. THOMAS E. CURREN, at STATE POLICE, 470 WORCESTER Road, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

Murray Zuk
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.