UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DANIEL S. KING,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**COMMONWEALTH OF MASSACHUSETTS** )<br>**DEPARTMENT OF STATE POLICE and** )<br>**LT. THOMAS E. CURREN, individually,**)<br>)<br>**Defendants.** )<br>) | USDC C.A. No. 04-11438 RGS |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendant, Commonwealth of Massachusetts, Department of State Police and Lt. Thomas E. Curren, individually, in the above-entitled case.

                                      COMMONWEALTH OF MASSACHUSETTS
                                      By its Attorneys

                                      THOMAS F. REILLY
                                      ATTORNEY GENERAL

                                      _____
                                      Charles M Wyzanski, BBO #536040
                                      Assistant Attorney General
                                      Government Bureau/Trial Division
                                      One Ashburton Place, Rm. 1813
                                      Boston, MA 02108
                                      (617) 727-2200, Ext. 3093

Date: August 5, 2004

## **CERTIFICATE OF SERVICE**

I, Charles M. Wyzanski, Assistant Attorney General, hereby certify that I have this day, August 5, 2004, served the foregoing **document,** upon all parties, by mailing a copy, first class, postage prepaid to:

        Joseph R. Gallitano, Esq.
        34 Main Street Ext.
        Suite 202
        Plymouth, MA 02360


        _____
        Charles M. Wyzanski
        Assistant Attorney General
        Trial Division