UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DANIEL S. KING

    V.                        CIVIL ACTION NO. 04-11438-RGS

COMMONWEALTH OF MASSACHUSETTS, ET AL

# ORDER OF DISMISSAL

STEARNS, DJ.                        SEPTEMBER 7, 2005

THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED FOR WANT OF PROSECUTION, PURSUANT TO LOCAL RULE 41.1

SO ORDERED.

                                      RICHARD G. STEARNS  
                                      UNITED STATES DISTRICT JUDGE

                BY:

                                    /s/ Mary   H. Johnson  
                                        Deputy Clerk